IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael R. Escue, | : | |
| Plaintiff | : | Civil Action 2:09-cv-765 |
| v. | : | Judge Frost |
| Sequent, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

By inadvertence and mistake, the February 8, 2012 Order ruling on defendants' December 2, 2011 motion to exclude plaintiff's expert, Rebekah A. Smith, from testifying with respect to a new opinion first disclosed on November 17, 2011 stated that the motion was denied. Defendants' December 2, 2011 motion (doc. 133) is GRANTED.

s/ Mark R. Abel
United States Magistrate Judge
